No. D–263.   In re Disbarment of Kitchen.   It is ordered that John W. Kitchen, of Toledo, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–264.   In re Disbarment of Eilberg.   It is ordered that Joshua Eilberg, of Philadelphia, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 80–1952.   Blum, Commissioner of the New York State Department of Social Services, et al. v. Yaretsky et al.   C. A. 2d Cir.   [Certiorari granted, 454 U. S. 815.]   Motion of petitioners for leave to file reply brief out of time granted.

No. 81–184.   United States v. Security Industrial Bank et al.   C. A. 10th Cir.   [Probable jurisdiction noted, 454 U. S. 1122.]   Motion of Security Industrial Bank for divided argument and for additional time for oral argument denied.

No. 81–334.   Associated General Contractors of California, Inc. v. California State Council of Carpenters et al.   C. A. 9th Cir.   [Certiorari granted, 454 U. S. 1141.]   Motion of respondent for divided argument to permit American Federation of Labor and Congress of Industrial Organizations to present oral argument as *amicus curiae* denied.

No. 81–497.   Summit Valley Industries, Inc. v. Local 112, United Brotherhood of Carpenters & Joiners of America.   C. A. 9th Cir.   [Certiorari granted, 454 U. S. 1079.]   Motion of American Federation of Labor and Congress of Industrial Organizations for leave to file a brief as *amicus curiae* granted.